

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-1999

# Shaw v. Dallas Cowboys

Precedential or Non-Precedential:

Docket 98-1629

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

Recommended Citation

"Shaw v. Dallas Cowboys" (1999). *1999 Decisions.* Paper 130.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/130

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                 UNITED STATES COURT OF APPEALS
                   FOR THE THIRD CIRCUIT



                    Nos. 98-1629 & 98-1887



     CHARLES SHAW; BRET D. SCHWARTZ; STEVE PROMISLO, INDIVIDUALLY, AND
             ON BEHALF OF ALL PERSONS SIMILARLY SITUATED

                               v.

     DALLAS COWBOYS FOOTBALL CLUB, LTD.; NEW ENGLAND PATRIOTS FOOTBALL
     CLUB;NEW YORK GIANTS FOOTBALL, INC.; PHILADELPHIA EAGLES LIMITED
             PARTNERSHIP;SAN FRANCISCO FORTY-NINERS, LTD.;
                    NATIONAL FOOTBALL LEAGUE,
                                          Appellants


          The following modifications have been made to the Court's
     Opinion issued on April 9, 1999, to the above-entitled appeal and
     will appear as part of the final version of the opinion:


             1.   Page 1: insert "Before: Honorable Robert S. Gawthrop,
             III"  under (D.C. Civ. No. 97-cv-05184)

             2.   Page 5, Section I, line 16: add hypen between the
     words
             "or" and "nothing"  footnote 4, line 4: delete ", 31
             S.Ct. 502, 55 L.Ed. 619"

             3.   Page 7, footnote 8, line 1: delete ", 102 S.Ct. 3002,
             73 L.Ed.2d 647"

             4.   Page 9, footnote 13, line 2: delete "113 S.Ct. 409,
     121
             L.Ed.2d. 334"


                         Very truly yours,


                         /s/ P. Douglas Sisk,
                            Clerk


     Dated: May 14, 1999
```